# SEYFARTH SHAW LLP
ATTORNEYS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/10

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5514

Writer's e-mail
hchatlani@seyfarth.com

September 21, 2010

SEP 23 2010

**BY FACSIMILE TO (212) 805-7948**

The Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Tahra Kerman-Mastour v. Financial Industry Regulatory
            Authority, Inc., and FINRA Regulation, Inc.
            Docket No. 10-CV-1633 (RJH)(RLE)

Dear Judge Holwell:

    We are counsel to Defendants in the above-referenced action. We write on behalf of all parties to request a brief extension of the discovery deadlines in this matter. This is the parties' first request for an extension of the discovery deadlines.

    Pursuant to the Joint Discovery Plan, so ordered by Your Honor on May 5, 2010, fact discovery is to be completed by October 1, 2010. Both parties have diligently pursued written discovery in this case, and have scheduled multiple depositions. However, given the breadth of e-discovery in this case, the parties will be unable to complete the remaining written discovery and depositions in this case before the existing discovery deadline. Accordingly, both parties respectfully request the following modification of the Joint Discovery Plan:

- Fact discovery completion date: December 10, 2010
- Dispositive motions to be served on or before January 24, 2011 [handwritten: following a pre-motion conference.]
- Opposition papers to dispositive motions to be served on or before February 28, 2011
- Reply papers in further support of dispositive motions to be served on or before March 14, 2011
- Date for filing of final pretrial order: March 28, 2011
- Date when case will be ready for trial: April 4, 2011

12720222v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

SEYFARTH SHAW LLP ATTORNEYS

Thank you for the Court's consideration of this matter.

SEYFARTH SHAW LLP

Hema Chatlani

cc: Peter A. Walker, Esq.
Brian Heller, Esq.

Application Granted.
No further extensions.
A status/pre-motion conference shall be held on 1/14/10 at 10:30 a.m.

SO ORDERED

USDJ
10/5/10