

# SCHWARTZ & PERRY LLP

295 Madison Avenue, New York, New York 10017 • (212) 889-6565 • Fax (212)

Murray Schwartz
Davida S. Perry*
Brian Heller
Matthew T. Schatz
Julie D. Tucker**
Steven J. Pallonetti
April Rancier

*Also admitted in MA
** Also admitted in NJ

Michael P. Tempesta*
Ronald S. Solow†
Of Counsel

*Also admitted in D.C.
†Also admitted in D.C. and CA



RECEIVED
FEB 15 2011
CHAMBERS OF
RICHARD J. HOLWELL

February 15, 2011

Via Fax: (212) 805-7948

The Honorable Richard J. Holwell
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/11

Re: **Tahra Kerman-Mastour v. Financial Industry Regulatory Authority, Inc. and FINRA Regulation, Inc.**
10 CV 1633 (RJH)

Dear Judge Holwell:

We represent the Plaintiff in the above-referenced action. We write to request a revised briefing schedule on the motion for summary judgment, which is presently before the Court.

The reason for our request is the unanticipated trial schedule our office now has. On February 1, 2011, our office commenced a jury trial in the matter of Jennifer Tang v. Paco Group, Inc., before Justice Lottie E. Wilkins in the Supreme Court of New York, New York County. This trial proved to be far longer than we had anticipated and was not concluded until yesterday, February 14, 2011. We are also scheduled to commence a jury trial on February 22, 2011, in the matter of Shaw Creations v. Galleria Enterprises, Inc., et al., before Justice Shirley Wener Kornreich, which we expect to take two weeks.



Given this trial schedule, I reached out to my adversary in this case to request an adjournment of Plaintiff's opposition to Defendant's motion for summary judgment, to which he graciously agreed. The parties propose the following briefing schedule, which will amend the previous Order of the Court dated October 5, 2010:

- Plaintiff's opposition to Defendant's motion for summary judgment to be served on or before March 18, 2011;

- Defendant's reply to be served on or before April 1, 2011;

- The final pre-trial order will be filed on April 15, 2011;

- The case will be ready for trial on April 25, 2011.

We thank the Court for its consideration of this matter and, of course, remain willing to provide any additional information requested.

Respectfully,

BRIAN HELLER

BH/nc

cc: Peter A. Walker, Esq.–via fax

SO ORDERED

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
2/15/11