# SEYFARTH SHAW LLP

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5514

Writer's e-mail
hchatlani@seyfarth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/11

April 6, 2011

**RECEIVED APR - 6 2011 CHAMBERS OF RICHARD J. HOLWELL**

<u>Via Fax: (212) 805-7948</u>

The Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Tahra Kerman-Mastour v. Financial Industry Regulatory Authority, Inc., and FINRA Regulation, Inc.
           Docket No. 10-CV-1633 (RJH)(RLE)

Dear Judge Holwell:

    Our firm represents Defendants in the above-referenced action. We write to request an adjournment of the parties' deadline for filing their Joint Pre-Trial Order, currently scheduled for April 15, 2011, pending the Court's decision on Defendants' Motion for Summary Judgment. Due to the dispositive nature of the pending motion, we believe that it would save the parties' time and resources, as well as the Court's resources in reviewing the Joint Pre-Trial Order, if the Court permitted the parties to submit their Joint Pre-Trial Order shortly after the Court's decision on the pending motion. Plaintiff's counsel does not object to this request.

    For the Court's convenience, the parties will contact the Court to reschedule the pre-trial submissions once they receive the Court's decision on the pending Motion for Summary Judgment.

                              Respectfully submitted,

                              SEYFARTH SHAW LLP

                              Hema Chatlani

cc:    Peter A. Walker, Esq.
        Brian Heller, Esq. (via e-mail)

**SO ORDERED**
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
4/14/11

13285042v.1

BRUSSELS  WASHINGTON D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA