```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

TAHRA KERMAN-MASTOUR,

        Plaintiff,

    - against -

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC., et al.,

        Defendants.

------------------------------------x

10 Civ. 1633 (RJH)

**ORDER**

    The Court will hear oral argument on defendants' motion for summary judgment on September 16, 2011 at 3:00 PM. The parties are to appear in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York NY 10007.

Dated: New York, New York
       August 15, 2011

SO ORDERED:

_____
Richard J. Holwell
United States District Judge