USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
TAHRA KERMAN-MASTOUR,
                         Plaintiff,                    10 **CIVIL** 1633 (RJH)

-against-                       **JUDGMENT**

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC., et al.,
                         Defendants.
-------------------------------------------------------X

     FINRA having moved for summary judgment, and the matter having come before the Honorable Richard J. Holwell, United States District Judge, and the Court, on September 30, 2011, having rendered its Memorandum Opinion and Order granting FINRA's motion for summary judgment in its entirety, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 30, 2011, FINRA's motion for summary judgment is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
         September 30, 2011

                                               **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                    **BY:**
                                                 **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____